IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT W. BETHEL, | Case No. 2:15-cv-3016 |
| Plaintiff, | JUDGE ALGENON L. MARBLEY |
| v. | Magistrate Judge Newman |
| CHARLOTTE A. JENKINS, *et al.*, | |
| Defendants. | |

## ORDER

This matter comes before the Court on the Magistrate Judge's November 21, 2018, **Report and Recommendation** (ECF No. 78), which recommended that Defendants' Motion for Summary Judgment (ECF No. 68) be **granted** and *pro se* Plaintiff's cross-Motion for Summary Judgment (ECF No. 67) be **denied.**

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 78 at 21). The parties have failed to file any objections, and the deadline for objections (March 11, 2019 for parties served electronically; March 14, 2019 for parties served by mail) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein and enters judgment for Defendants. This case is hereby **CLOSED.**

IT IS SO ORDERED.

                                                   s/ Algenon L. Marbley
                                                   ALGENON L. MARBLEY
                                                   UNITED STATES DISTRICT JUDGE

**DATED: March 15, 2019**