IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT W. BETHEL, | Case No. 2:15-cv-3016 |
| Plaintiff, | |
| v. | JUDGE ALGENON L. MARBLEY |
| CHARLOTTE A. JENKINS, *et al.*, | Magistrate Judge Newman |
| Defendants. | |

## OPINION & ORDER

This matter comes before the Court on the Magistrate Judge's April 30, 2019 Report and Recommendations (ECF No. 90) concerning Plaintiff's Motion for Relief From Judgment and Plaintiff's Motion to Alter or Amend a Judgment. (ECF No. 86, 87). On March 26, 2019 this Court adopted the Magistrate Judge's earlier Report & Recommendation over the objections of Plaintiff. Because this Court's Order and Plaintiff's Motions crossed in the mail, Plaintiff is under the impression that this Court's March 26, 2019 Order did not consider his objections. But because this Court has in fact already considered Plaintiff's objections, this Court agrees with the analysis of the Magistrate Judge. The Court hereby **ADOPTS** the Report and Recommendation (ECF No. 90). Plaintiff's Objection (ECF No. 93) is **OVERRULED**. The instant Motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

s/ Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: August 13, 2019**